IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2010-GPG

**TERRANCE BROWN**,

    Plaintiff,

v.

**HIGH COUNTRY TRANS, INC;**
**KIRK CROWLEY;**
**CLINTON SHOCKLEY;** and
**RICK LEDAY**,

    Defendants.

---

### ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** district judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

    **ORDERED** that this case shall be drawn to a **presiding** district judge, and when applicable to a **magistrate** judge.

    DATED September 17, 2015, at Denver, Colorado.

                                                BY THE COURT:

                                                S/ Gordon P. Gallagher

                                                Gordon P. Gallagher
                                                United States Magistrate Judge