IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02010-WJM-MJW

TERRANCE BROWN,

Plaintiff,

v.

HIGH COUNTRY TRANS. INC.,
KIRK CROWLEY,
CLINTON SHOCKLEY, and
RICK LEDAY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the pro se plaintiff's Motion to Compel (Docket No. 11) is denied.  In the subject motion (Docket No. 11), plaintiff seeks an order compelling the U.S. Marshal's office to serve the summons and complaint upon the defendants. Such an order is not warranted at this time. The docket reflects that on September 22, 2015, the Clerk of Court sent the service forms to the U.S. Marshal Service for service of process on the four named defendants.  (Docket No. 9).

Date: October 19, 2015