### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-2010-WJM-MJW

TERRANCE BROWN,

    Plaintiff,

v.

HIGH COUNTRY TRANSPORTATION, INC.,
KIRK CROWLEY,
CLINTON SHOCKLEY, and
RICK LEDAY

    Defendants.

---

### PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT PURSUANT TO FED.R.CIV.P. 15(a)
---

Plaintiff Terrance Brown, by and through his counsel Hunter A. Swain and Diane S. King of KING & GREISEN, LLP, respectfully moves for leave to amend Plaintiff's Complaint and shows good cause in support thereof as follows:

**Compliance with D.C.COLO.L.Civ.R 7.1.A**: The undersigned certifies that he has conferred with counsel for Defendants, who indicated that Defendants do not oppose the relief sought herein.

1. Plaintiff seeks leave from the Court to amend his Complaint, which was filed *pro se*.

2. The good cause basis for this request is that Plaintiff retained King & Greisen, LLP as counsel after filing the Complaint.

3.  Fed.R.Civ.P. 15(a) requires courts to freely grant permission to amend a complaint "when justice so requires." *See generally Foman v. Davis*, 371 U.S. 179 (1962).

4.  In accordance with D.C.COLO.LCiv.R 15.1, a proposed Amended Complaint is tendered herewith as the Exhibit.

Respectfully submitted,

DATED this 24th day of November, 2015.

                                            KING & GREISEN, LLP

                                            By: s/Hunter A. Swain
                                                 Hunter A. Swain
                                                 Diane S. King
                                                 1670 York Street
                                                 Denver, CO 80206
                                                 (303) 298-9878
                                                 (303) 298-9879 (fax)
                                                 swain@kinggreisen.com
                                                 king@kinggreisen.com
                                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of November, 2015, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT PURSUANT TO FED.R.CIV.P. 15(a)** with the Clerk of the COURT using the CM/ECF system which will send notification of such filing to the following email address:

Robert C. Evans, Esq.
Evans & Co.
823 E. 4th Ave.
Durango, CO 81301
revans@evanslawfirm.com

*Counsel for Defendants*

                                                  s/Dianne Von Behren
                                                  Dianne Von Behren, paralegal