IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02010-WJM-MJW

TERRANCE BROWN,

Plaintiff,

v.

HIGH COUNTRY TRANS. INC.,
KIRK CROWLEY,
CLINTON SHOCKLEY, and
RICK LEDAY,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendants' Unopposed Motion to Attend Rule 16(b) Scheduling Conference by Telephone **(Docket No. 35)** is GRANTED; Counsel for Defendants may appear at the December 17, 2015 scheduling conference at 10:30 a.m. by telephoning chambers at the appointed time at (303) 844-2403; all individuals appearing telephonically shall be on the line prior to contacting chambers;

- Plaintiff's Unopposed Motion to Amend Complaint Pursuant to Fed.R.Civ.P. 15(a) **(Docket No. 37)** is GRANTED, finding no objection from Defendants and finding that Rule 15(a)(2) requires that leave be freely granted;

- Plaintiff shall file a proposed amended complaint *without the strike-throughs and underlining* no later than December 4, 2015; and

- Defendant Clinton Shockley's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) **(Docket No. 18)**, Defendant Rick Leday's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) **(Docket No. 24)**, and Defendants High Country Transportation and Kirk Crowley's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) **(Docket No. 26)** are DENIED AS MOOT, without prejudice against re-filing, because they

are directed to an obsolete, inoperative pleading.  *See Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) (stating that "a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted).

Date: November 25, 2015 _____