IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02010-WJM-MJW

TERRANCE BROWN,

Plaintiff,

v.

HIGH COUNTRY TRANS. INC.,
KIRK CROWLEY,
CLINTON SHOCKLEY, and
RICK LEDAY,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion to Amend Complaint Pursuant to Fed.R.Civ.P. 15(a) (Docket No. 47) is **GRANTED**, finding no objection from Defendants and finding that Rule 15(a)(2) requires that leave be freely granted.

It is further **ORDERED** that Plaintiff shall file a second amended complaint *without the strike-throughs and underlining* on or before March 4, 2016.

Date: February 26, 2016