IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02010-WJM-MJW

TERRANCE BROWN,

Plaintiff,

v.

HIGH COUNTRY TRANS. INC.,
KIRK CROWLEY,
CLINTON SHOCKLEY, and
RICK LEDAY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the parties' Joint Motion to Amend Scheduling Order (Docket No. 62) is GRANTED for good cause shown. The Scheduling Order (Docket No. 44) is amended to extend:

    (1) the rebuttal expert disclosure deadline to June 1, 2016;
    (2) the deadline for service of interrogatories and requests for production of documents and/or admissions to June 27, 2016;
    (3) the discovery cutoff date to July 29, 2016; and
    (4) the dispositive motions deadline to August 29, 2016.

Date: May 3, 2016